# Order

**Lansing, Michigan**

November 22, 2010

141685

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

JNCC, L.L.C.,
      Plaintiff-Appellant,

v

SC: 141685
COA: 290915
Oakland CC: 2008-095066-CZ

METROPOLITAN TITLE COMPANY, FIRST
AMERICAN TITLE INSURANCE COMPANY,
TERRY BROWN, GRAND/SAKWA
PROPERTIES, L.L.C., and GARY SAKWA,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the July 20, 2010
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk